UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS MOLINA,

Plaintiff,

v.                                                          No. 1:12-cv-00424-GBW-WDS

NATHANIEL BLANTON,
CHRISTOPHER GALLEGOS,

Defendants.

**ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER STAYING DISCOVERY PENDING RESOLUTION OF IMMUNITY DEFENSES**

This matter is before the Court on Defendants' Motion For An Order Staying Discovery Pending Resolution Of Immunity Defenses. (Doc. No. 30) Plaintiff has not filed opposition to the motion, and the time in which to do so has expired. Accordingly, the motion is deemed unopposed, is well taken, and is GRANTED. Discovery in this matter is stayed pending a decision on Defendants' Motion for Summary Judgment and Qualified Immunity.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge